Dorea Silverman
Attorney at Law
80 Broad Street, Suite 1900
New York, NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-23-20_

January 16, 2020

By ECF and Email
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Salahuddin*, 19 Cr. 5 (ALC)
             Consent Letter Motion to Adjourn Sentencing

Dear Judge Carter:

    Winston Lee and I represent Khalil Salahuddin in the above-referenced matter. I write with the government's consent to respectfully request a 30-day adjournment of Mr. Salahuddin's sentencing, currently scheduled for January 29, 2020. The additional time is necessary to gather information and materials relevant to sentencing. This is Mr. Salahuddin's first request for a sentencing adjournment.

    Accordingly, I respectfully request that sentencing be adjourned for a period of 30 days and that all filing deadlines be adjusted accordingly.

                                    Respectfully submitted,

                                    /s/

                                  Dorea Silverman

cc:    AUSA Andrew Chan, AUSA Danielle Sassoon

      Khalil Salahuddin

*Application granted. Sentencing adjourned to March 2, 2020 at 10:00 a.m. So Ordered.*

*/s/ Andrew L. Carter*
*1-23-20*

Tel. 917.863.9905 | Fax 917.793.3304 | doreasilvermanlaw@gmail.com