USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-28-20

**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**
**Tel. (212)267-1911**
**Fax. (212)964-2926**

MEMO ENDORSED

February 24, 2020

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 1007

Filed ECF

Re: United States v. Khalil Salahuddin
    19 Cr. 05 (ALC)

Dear Judge Carter:

I write as counsel for Mr. Khalil Salahuddin, a defendant in the above-referenced case, and with the consent of the Government, to request an adjournment of Mr. Salahuddin's sentencing, which is currently scheduled for March 2, 2020. This is the defendant's second request for an adjournment of sentencing.

I am requesting an adjournment to provide me with additional time to obtain documents that are: (1) necessary for my preparation of a sentencing memorandum on behalf of Mr. Salahuddin, and; (2) indispensable to Your Honor's determination of the appropriate sentence in this case.

I have conferred with Your Honor's Courtroom Deputy and have been advised that an adjournment to April 15, 2020 at 11:00 a.m., would be convenient for the Court.

I am well aware that the date for filing my sentencing submission has already passed and I apologize to Your Honor and all parties for the lateness of this adjournment request and for any inconvenience it may cause. Unfortunately, I have been busy attending to serious health issues of a family member and consequently, I lost track of the filing date.

Based upon all of the above, I respectfully request an adjournment of Mr. Salahuddin's sentencing to the new date of April 15, 2020 at 11:00 a.m., and that the filing dates for the parties' sentencing submissions be adjusted accordingly.

Respectfully submitted,

/s/
WINSTON LEE

The application is ✓ granted.
               ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: February 28, 2020
       NY, New York