**MEMO ENDORSED**

*Dorea Silverman*
*Attorney at Law*
*80 Broad Street, Suite 1900*
*New York, NY 10004*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/9/20

July 7, 2020

By ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Khalil Salahuddin*, 19 Cr. 5 (ALC)
             Consent letter motion to adjourn sentencing

Dear Judge Carter:

    Winston Lee and I represent Khalil Salahuddin in the above-referenced matter. I write with the consent of the government to respectfully request that Mr. Salahuddin's sentencing, currently scheduled for July 21, 2020, be adjourned to a date in late September 2020 that is convenient for the Court, and that the filing deadlines be adjusted accordingly. The requested adjournment is necessary because issues related to the Covid-19 pandemic continue to prevent counsel from being fully prepared to go forward with Mr. Salahuddin's upcoming sentencing.

                                                Respectfully submitted,

                                                /s/ Dorea Silverman
                                                Dorea Silverman

cc:    AUSA Andrew Chan
        AUSA Danielle Sassoon

The application is granted. Sentencing adjourned to 9/29/20 at 11:30 a.m. So Ordered.

*[signed]* Andrew L. Carter, Jr.
7/9/20

*Tel. 917.863.9905 | dorea@doreasilvermanlaw.com*