**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _9/22/20____

----------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                    :
                                                 :
                                   **Plaintiff,** :
                                                 :        **19-CR-5 (ALC)**
                         **-against-**           :
                                                 :        <u>**ORDER**</u>
**KHALIL SALAHUDDIN,**                           :
                                                 :
                                   **Defendant.** :
                                                 :
----------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for September 29, 2020 is adjourned to **January 22, 2021** at

**12:00 p.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
              **September 22, 2020**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**