MEMO ENDORSED

**Dorea Silverman**
Attorney at Law
80 Broad Street, Suite 1900
New York, NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/15/21__

January 14, 2021

By ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Khalil Salahuddin*, 19 Cr. 5 (ALC)
               Consent letter motion to adjourn sentencing

Dear Judge Carter:

      Winston Lee and I represent Khalil Salahuddin in the above-referenced matter. I write to respectfully request that Mr. Salahuddin's sentencing, currently scheduled for January 22, 2021, be adjourned approximately 45 days to a date and time that is convenient for the Court. The requested adjournment is necessary because issues related to COVID-19 pandemic continue to impede preparation for Mr. Salahuddin's sentencing. I have communicated with AUSA Andrew Chan and the government does not object to this request.

      Respectfully submitted,

      /s/ Dorea Silverman
      _____
      Dorea Silverman

cc:    AUSA Andrew Chan
       AUSA Danielle Sassoon

**The application is GRANTED. Sentencing adjourned to 3/31/21 at 11:00 a.m. So Ordered.**

*/s/ Andrew L. Carter* 1/15/21

Tel. 917.863.9905 | dorea@doreasilvermanlaw.com