**Dorea Silverman**
Attorney at Law
80 Broad Street, Suite 1900
New York, NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/18/21__

March 17, 2021

By ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *United States v. Khalil Salahuddin*, 19 Cr. 5 (ALC)
>         Consent letter motion to adjourn sentencing

Dear Judge Carter:

Winston Lee and I represent Khalil Salahuddin in the above-referenced matter. I write to respectfully request that Mr. Salahuddin's sentencing, currently scheduled for March 31, 2021, be adjourned approximately 30 days to a date and time that is convenient for the Court. The requested adjournment is necessary because issues related to COVID-19 pandemic continue to impede preparation for Mr. Salahuddin's sentencing. I have communicated with AUSA Andrew Chan and the government does not object to this request.

Respectfully submitted,

/s/ Dorea Silverman

Dorea Silverman

cc:   AUSA Andrew Chan
        AUSA Danielle Sassoon

The application is **GRANTED**. Sentencing
adjourned to 5/3/21 at 11:30 a.m.
So Ordered.

*Andrew Y Carter* 3/18/21

Tel. 917.863.9905  |  dorea@doreasilvermanlaw.com