MEMO ENDORSED

LAW OFFICE OF
# DOREA SILVERMAN

80 BROAD STREET, SUITE 1900
NEW YORK, NY 10004
T. 917.863.9905
F. 212.954.5433
DOREA@DOREASILVERMANLAW.COM

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: 6
DATE FILED: 4-26-21

April 19, 2021

**By ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *United States v. Khalil Salahuddin*, 19 Cr. 5 (ALC)

Dear Judge Carter:

      Winston Lee and I represent Khalil Salahuddin in the above-referenced matter. We write to respectfully request that Mr. Salahuddin's sentencing, currently scheduled for May 3, 2021, be adjourned approximately 45 days to a date and time that is convenient for the Court. The requested adjournment is necessary because issues related to COVID-19 pandemic continue to impede preparation for Mr. Salahuddin's sentencing. We have conferred with AUSA Andrew Chan and the government consents to this request.

                                            Respectfully submitted,

                                            /s/ Dorea Silverman
                                            Winston Lee
                                            Dorea Silverman
                                            *Attorneys for Khalil Salahuddin*

cc:    AUSA Andrew Chan (by ECF)
        AUSA Danielle Sassoon (by ECF)

*The application is granted. Sentencing adjourned to 6-21-21 at 2 p.m. So Ordered.*

*/s/ Andrew L. Carter*
*4-26-21*