LAW OFFICE OF
# DOREA SILVERMAN

80 BROAD STREET, SUITE 1900
NEW YORK, NY 10004
T. 917.863.9905
F. 212.954.5433
DOREA@DOREASILVERMANLAW.COM

August 13, 2021

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/16/21

      Re:    *United States v. Khalil Salahuddin,* 19 Cr. 5 (ALC)

Dear Judge Carter:

      Winston Lee and I represent Khalil Salahuddin in the above-referenced matter. I write with the consent of the government to request a two-week adjournment of Mr. Salahuddin's sentencing, which is currently scheduled for August 26, 2021. The requested adjournment is needed to allow Mr. Salahuddin to appear in court on a pending state matter, during which appearance the outcome of that case is likely to be determined. That information will be relevant to Mr. Salahuddin's federal sentencing determination and is critical to counsel's ability to make effective arguments on Mr. Salahuddin's behalf. Accordingly, we respectfully ask the Court to adjourn Mr. Salahuddin's sentencing date to September 2, 2021 or the earliest date thereafter that is convenient for the Court.[1]

      Respectfully submitted,

      /s/ Dorea Silverman
      Winston Lee
      Dorea Silverman
      *Attorneys for Khalil Salahuddin*

cc:    AUSAs Andrew Chan and Danielle Sassoon

The application is **GRANTED.** Sentencing adjourned to 9/7/21 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter* 8/16/21

---

[1] Counsel is generally available, but respectfully asks the Court not to schedule the sentencing hearing for the afternoon of September 9 or the morning of September 13, due to conflicts with previously scheduled court appearances.