USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-18-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                **ORDER**
                                                19-CR-5 (ALC)

        -against-

Khalil Salahuddin,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

       The sentencing set for September 7, 2021 is adjourned to **September 16, 2021** at 3:30 p.m.

       SO ORDERED.

Dated: New York, New York
       August 18, 2021

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**