UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-23-21

ORIGINAL

---

UNITED STATES

vs.

Khalil Salahuddin

---

19 Cr. 5 ( ALC )

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, Khalil Salahuddin, Reg # 86530-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

9/21/21
Date